Now, therefore it is ordered that the "Decision and Recommendation for Order of Discipline" is accepted by this Court and is adopted as its statement of censure.

It is further ordered that this file shall be maintained as a public record.

*Joseph F. Regnier,* Executive Director, Judicial Tenure Commission. *Marvin F. Frankel, in propria persona,* respondent.

### NOVEMBER 22, 1982

HEARD v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. (Docket No. 64040.) Rehearing denied. *Marston, Sachs, Nunn, Kates, Kadushin & O'Hare, P.C.,* for plaintiff-appellant. *Eggenberger, Eggenberger, McKinney & Weber, P.C.,* for defendant-appellee. Reported *ante,* 139.

WIEDMAYER v THE MIDLAND MUTUAL LIFE INSURANCE COMPANY. (Docket No. 67766.) Rehearing denied. *Lilly & Domeny, P.C.,* for plaintiff-appellee. *Little & Geary* for defendant-appellant. Reported *ante,* 369.

PUTNEY v HASKINS. (Docket No. 63769.) Rehearing denied. *Cicinelli, Mossner, Majoros & Alexander, P.C.,* for plaintiffs-appellees. *Smith & Brooker, P.C.,* for defendants-appellants. Reported *ante,* 181.

Reconsideration denied April 26, 1983.

### DECEMBER 6, 1982

PROPOSED AMENDMENT TO GCR 1963, 972. On order of the Court, this is to advise that the Court is considering whether to amend GCR 1963, 972. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language except as otherwise indicated below:)

RULE 972. ELIGIBILITY FOR REINSTATEMENT.

.1 (Unchanged.)